UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| STEVEN ERIC STRAUSS, Plaintiff, v. UNITED STATES OF AMERICA, et al., Defendants. | Case No. 5:26-cv-06450-SVW-JDE<br><br>INITIAL ORDER UPON FILING OF COMPLAINT |

On October 23, 2026, Rodney Rouzan ("Plaintiff") filed a civil complaint. Dkt. 1. The case has been referred to the undersigned magistrate judge for certain pretrial proceedings. Dkt. 5.

**I. Service of Summons and Complaint**

Plaintiff is ordered to promptly request and serve the summons(es) and the operative Complaint on each named defendant in compliance with Rule 4, Federal Rules of Civil Procedure. Plaintiff shall file the Proof(s) of Service showing proper service upon each defendant within 90 days from the filing of the Complaint, that is, by January 21, 2027. Non-compliance may result in of dismissal of any defendant not properly and timely served.

## II. Pleadings and Documents Submitted to the Court

Plaintiff is instructed to comply with the following requirements, in addition to all other applicable requirements, for submitting pleadings and documents to the Court.

### A. Filing and Service Requirements

All pleadings and other documents to be considered by the Court are to be submitted to the Clerk of Court for filing. Under Federal Rule of Civil Procedure 11(a) and Local Rule 11-1, Plaintiff is required to sign each original document filed with the Court. If Plaintiff seeks to submit documents to the Court by mail at this stage of the case, Plaintiff shall address the envelope to:

Clerk of the Court
United States District Court
Central District of California
411 West Fourth Street
Santa Ana, CA 9270

Any document to be filed must include the title and case number (including judges' initials). Documents should have at least a one-inch margin at the top of each page, should be printed or neatly handwritten on one side of the paper only. Plaintiff shall type or write the original document using ink (not pencil), when possible, which is sufficiently dark that it can be photocopied clearly. No memorandum may exceed 25 pages in length (exclusive of tables and exhibits) without leave of court.

At the top of the first page of any document to be filed, Plaintiff must give his or her name and mailing address, and any other information needed for mail to be delivered. Plaintiff is responsible for notifying the Court and defense counsel of any changes of address and the effective date of the change. <u>If Plaintiff fails to keep the Court informed of a correct mailing address, this case may be dismissed under Local Rule 41-6.</u> The Clerk will not make photocopies of documents for parties.

After any defendant has entered an appearance in the case, Plaintiff must serve a copy of every pleading or other document submitted for consideration by the Court upon each defendant's attorney, or defendant himself or herself if no attorney has appeared in the case for that defendant. Each document submitted for filing must be accompanied by a proof of service establishing that service has been accomplished in accordance with Rule 5 of the Federal Rules of Civil Procedure and Local Rule 5-3.1 of this Court. The proof of service must state the date that a true and correct copy of the pleading or document was mailed to each defendant or his or her counsel. Any document received by the Court which fails to include such a proof of service will be disregarded.

**B. Communications with Judge or Judge's Clerk Prohibited**

Under Local Rule 83-2.5, "parties to any action or proceeding shall refrain from writing letters to the judge, sending e-mail messages to the judge, making telephone calls to chambers, or otherwise communicating with a judge in a pending matter unless opposing counsel is present. All matters must be called to a judge's attention by appropriate application or motion filed in compliance with these Local Rules."

**III. Compliance with Rule and Orders**

The Court expects from all parties, represented and pro se, compliance with all terms of this Court's Orders, the Federal Rules of Civil Procedure, and the Local Rules of Court. Failure to obey rules or orders may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: November 10, 2026

JOHN D. EARLY
United States Magistrate Judge