**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Steven Eric Strauss,

PLAINTIFF(S)

v.

United States of America, et al.,

DEFENDANT(S)

CASE NUMBER

5:26-cv-06450-SVW-JDE

**ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

IT IS ORDERED that the Application for Permission for Electronic Filing by Plaintiff Steven Eric Strauss is hereby:

☑ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: 11/12/25

JOHN D. EARLY
United States District/Magistrate Judge

☐ DENIED

*Comments:*

Dated: ______________

______________________________
United States District/Magistrate Judge